| | | |
|---|---|---|
| ?-10 <br> ᵣev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** <br> Calendar Year 2003 | Report Required by the Ethics <br> in Government Act of 1978 <br> (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) <br> PAULEY III, WILLIAM H | 2. Court or Organization <br> SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report <br> 5/12/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; <br> magistrate judges indicate full- or part-time) <br><br> U.S. DISTRICT JUDGE (active) | 5. ReportType (check appropriate type) <br><br> ○ Nomination,  Date <br><br> ○ Initial   ◉ Annual   ○ Final | 6. Reporting Period <br> 1/1/2003 <br> to <br> 12/31/2003 |
| 7. Chambers or Office Address <br> UNITED STATES COURTHOUSE <br> 500 PEARL STREET <br> NEW YORK, NEW YORK 10007-1581 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. <br><br> Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE**   - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE**   - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1998 | Continuation of payments agreement with former law partner, Franklyn H. Snitow, and his law firm, Snitow Kanfer Holtzer & Millus, LLP. |

RECEIVED May 13 11 49 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Snitow & Pauley, a former law partnership winding-down its affairs (continuation of payments agreement described in Part II, line 1) | $79,514 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Self-Employed Licensed Real Estate Sales Person |

## IV. REIMBURSEMENTS – transportation. lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Duke University School of Law | February 11-12, 2003. Judicial clerkship panel and conference. (travel, food and lodging) |

## V. GIFTS.  (Includes those to spouse and dependent children.  See pp. 28-31 of instructions.)

▭ **NONE**  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Former law clerks | Golf clubs on occasion of 5th Anniversary on bench | $750 |

## VI. LIABILITIES.  (Includes those of spouse and dependent children.  See pp. 32-34 of instructions.)

☑ **NONE**  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   COMMON STOCK | | | | | | | | | |
| 2.   EXXON/MOBIL | A | Dividend | J | T | | | | | |
| 3.   AXA AMERICAN DEPOSITORY SHARES | A | Dividend | J | T | | | | | |
| 4.   PRUDENTIAL FIN'L SRVS | A | Dividend | J | T | | | | | |
| 5.   IBM | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7.   MUTUAL FUNDS | | | | | | | | | |
| 8.   ALGER FD BAL PORTFOLIO | A | Dividend | K | T | | | | | |
| 9.   ALLIANCE PREMIER GRWTH CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 10.  ALLIANCE DISCIPLINE VALUE CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 11.  DAVIS NY VENTURE FUND CL B | A | Dividend | K | T | | | | | |
| 12.  FEDERATED WORLD INVT SRVS GLOBAL FIN'L SRVS CL B | A | Dividend | J | T | | | | | |
| 13.  GOLDMAN SACHS TRUST MID CAP EQUITY FUND CL B | A | Dividend | K | T | | | | | |
| 14.  J. HANCOCK LG CAP CL B | A | Dividend | | | Sell / Exch | 12/18 | J | | |
| 15.  J. HANCOCK SM CAP CL B | A | Dividend | | | Sell / Exch | 12/18 | J | | |
| 16.  J. HANCOCK US GLOBAL LEADERS GROWTH CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 17.  J. HANCOCK US GLOBAL LEADERS GROWTH CL A | A | Dividend | J | T | Buy / Exch | 12/18 | J | | |
| 18.  AIM VALUE FD CL B | A | Distribution | | | Sell / Exch | 12/18 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. AIM SM CAP EQUITY FUND CL B | A | Distribution | K | T | Buy / Exch | 12/18 | K | | |
| 20. PRU HLTH SCI FD CL A | A | Distribution | | | Sell / Exch | 12/18 | K | | |
| 21. JENNISON NATURAL RESOURCES FUND CL A | A | Distribution | K | T | Buy / Exch | 12/18 | K | | |
| 22. PRU ACTIVE BALANCED FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 23. PRU FIN SRVS FD CL B | A | Dividend | | | Conversion | 10/1 | K | | |
| 24. JENNISON FIN SERVS FD CL B | A | Dividend | K | T | Conversion | 10/1 | K | | |
| 25. JENNISON FIN SERVS FD CL A | A | Dividend | J | T | Conversion | 10/1 | J | | |
| 26. PRU JENN EQTY OPP CL A | A | Dividend | | | Conversion | 10/1 | K | | |
| 27. JENNISON EQTY OPP CL A | A | Dividend | K | T | Conversion | 10/1 | K | | |
| 28. PRU JENN GRWTH FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 29. DRYDEN SHORT TERM CORP BOND FD CL B | A | Dividend | L | T | Buy / Exch | 12/18 | K | | |
| 30. DRYDEN INTL EQTY FD CL B | A | Dividend | J | T | Buy / Exch | 12/18 | J | | |
| 31. PRU GOVT INCOME FD CL B | A | Dividend | | | Sale /Exch | 12/18 | K | | |
| 32. DRYDEN SM CAP CORE EQTY FD CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 33. PRU HLTH SCI FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 34. JENNISON UTILITY FD CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 35. PRU 20/20 FD CL B | A | Dividend | | | Sell / Exch | 12/18 | L | | |
| 36. DRYDEN STOCK INDEX FD CL B | A | Dividend | L | T | Buy / Exch | 12/18 | L | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/12/2004 |

## VII INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. PRU SHORT TERM CORP BOND FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 38. PRU TAX MANAGED SMALL CAP FD CL B | A | Dividend | | | Sell / Exch | 12/18 | J | | |
| 39. PRU FIN SRVS FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 40. PRU US EMERG GRWTH CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 41. JENNISON SMALL CO FUND CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 42. PRU US EMERG GRWTH CL A | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 43. PRU VALUE FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 44. STRATEGIC PARTNERS FOCUSED VALUE FUND CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 45. PRU VALUE FD CL A | A | Dividend | | | Sell / Exch | 12/18 | J | | |
| 46. PRU TAX MNGD EQUITY FUND CL B | A | Dividend | | | Sell / Exch | 12/18 | J | | |
| 47. PUTNAM VOYAGER CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 48. PUTNAM HEALTH SCI TRUST CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 49. PUTNAM SM CAP CL B | A | Dividend | K | T | | | | | |
| 50. PUTNAM CAPITAL OPP FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 51. SELIG COMM & INFO FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 52. SELIG LASALLE DIVIDEND REAL ESTATE FUND CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 53. SELIG VALUE FUND SERV INC - LRG CAP VALUE FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 54. SELIG INCOME FUND CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4) A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3) J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000

3. Value Method Codes Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | Amount Code 1 (A -H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. SELIG SM CAP VALUE FD CL B | A | Dividend | J | T | | | | | |
| 56. SELIG COM STCK FD CL B | A | Dividend | | | Sell / Exch | 12/18 | J | | |
| 57. SELIG CAPITAL FD CL B | A | Dividend | | | Sell / Exch | 12/18 | K | | |
| 58. SELIG FRONTIER FUND CL B | A | Dividend | K | T | Buy / Exch | 12/18 | K | | |
| 59. | | | | | | | | | |
| 60. ANNUITIES | | | | | | | | | |
| 61. DISCOVERY PLUS | B | Interest | L | T | | | | | |
| 62. | | | | | | | | | |
| 63. CASH AND CASH EQUIVALENTS | | | | | | | | | |
| 64. JP MORGAN CHASE | A | Interest | L | T | | | | | |
| 65. U.S. TREASURY BILLS | D | Interest | N | T | | | | | |
| 66. DREYFUS LIQUID ASSETS, INC. | A | Dividend | J | T | | | | | |
| 67. U.S. SAVINGS BONDS | A | Interest | J | T | Buy | 6/6 | J | | |
| 68. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | L | T | | | | | |
| 69. AXA FIN'L LIFE INS (Cash Surrender Value) | A | Dividend | K | T | | | | | |
| 70. PRU MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 71. PRU TAX FREE MONEY MARKET ACCOUNT | A | Interest | L | T | | | | | |
| 72. NEW YORK STATE COLLEGE TUITION SAVINGS FUND PROGRAM | B | Interest | K | T | Buy | 12/23 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. | | | | | | | | | |
| 74. RETIREMENT ACCOUNTS | | | | | | | | | |
| 75. 401K PLAN - ING | A | Dividend | K | T | | | | | |
| 76. IRA SCUDDER | A | Interest | K | T | | | | | |
| 77. ALGER CAPITAL APPRECIATION FD CL B | A | Interest | J | T | | | | | |
| 78. PRU JENNISON GROWTH A | A | Interest | | | Conversion | 10/1 | J | | |
| 79. JENNISON GROWTH CL A | A | Interest | J | T | Conversion | 10/1 | J | | |
| 80. PRU JENNISON GROWTH B | A | Interest | | | Conversion | 10/1 | J | | |
| 81. JENNISON GROWTH CL B | A | Interest | J | T | Conversion | 10/1 | J | | |
| 82. PRU TECH FUND B | A | Interest | | | Conversion | 10/1 | J | | |
| 83. JENNISON TECH FUND CL B | A | Interest | J | T | Conversion | 10/1 | J | | |
| 84. DAVIS NY VENTURE FUND CL A | A | Dividend | J | T | | | | | |
| 85. GOLDMAN SACHS TRUST FUND CAP GRWTH PORTFOLIO CL A | A | Dividend | J | T | | | | | |
| 86. PRU HLTH SCI FD CL A | A | Distribution | | | Conversion | 10/1 | J | | |
| 87. JENNISON HLTH SCI FD CL A | A | Distribution | J | T | Convesrion | 10/1 | J | | |
| 88. PRU HLTH SCI FD CL B | A | Distribution | | | Conversion | 10/1 | J | | |
| 89. JENNISON HLTH SCI FD CL B | A | Distribution | J | T | Conversion | 10/1 | J | | |
| 90. STRATEGIC PARTNERS FOCUSED GROWTH FUND CL B | A | Distribution | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| PAULEY III, WILLIAM H | 5/12/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. STRATEGIC PARTNERS NEW ERA GRWTH FD CL B | A | Distribution | L | T | | | | | |
| 92. SELIG COMM & INFO FD CL A | A | Distribution | J | T | | | | | |
| 93. COMMAND MONEY MKT FDS | B | Interest | M | T | | | | | |
| 94. UTS GOV'T SEC EQUITY TRUST | | None | J | T | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

None.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | · | Date of Report |
|---|---|---|---|
| | PAULEY III, WILLIAM H | | 5/12/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date May 12 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

<div style="border:1px solid">

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

</div>